IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| JAMIE BENNETT,<br><br>et. al,<br><br>Plaintiffs,<br><br>v.<br><br>THE ST. PAUL'S SCHOOLS, INC,<br><br>et. al.<br><br>Defendants | Civil Action No. 1-23-cv-01202 |

## AMENDED NOTICE OF APPEAL

Plaintiffs in the above action hereby respectfully gives notice of an appeal from the Order dated March 26, 2024 of the United States District Court for the District of Maryland (Northern Division) abstaining from exercising jurisdiction pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976).

Respectfully submitted,

   /s/Jamie M. Bennett
Jamie M. Bennett Esq. (08468)
The Bennett Law Firm
8 Creek Side Court
Middle River, MD 21220
443-844-4629
jbennettlawfirm@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2024, I served the foregoing Amended Notice of Appeal pursuant to the court-approved electronic filing system on the following:

Nat Calamis, Esq,
Sarah Conkright, Esq.
Carr Maloney, P.C.
1667 K Street, N.W.
Suite 1100,
Washington, D.C. 20006
Counsel for Defendants The St. Paul's Schools, Ereni Malfa, Christina Ferrens and Sabrina Murray

Sean V. Werner, Esq,
McCarthy Wilson, L.LP.,
2200 Research Boulevard,
Ste 500
Rockville, Md. 20850
Counsel for the Defendants Katherine Porter and Sara Porter

Frank F. Dailey, Esq.
The Law Offices of Frank F. Daily, P.A.
11350 McCormick Road
Executive Plaza III
Suite 704
Hunt Valley, MD 21031

and

Steven D. Silverman, Esq.
Silverman, Thompson Slutkin & White, LLC
201 North Charles Street
26th Floor
Baltimore Md. 21201.
Counsel for Defendants Judy and Greta Heck

    /s/Jamie M. Bennett
Jamie M. Bennett Esq. (08468)